SEKRET T. SNEED (State Bar No. 217193)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
MYSPACE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

MYSPACE, INC.,

Plaintiff,

vs.

BLUE CHINA GROUP, LTD; et al.,

Defendants.

Case No. CV07-08292 RGK (AGRx)

~~(PROPOSED)~~ JUDGMENT WITH INJUNCTION

WHEREAS, Plaintiff MySpace, Inc. ("MySpace"), and Defendants Blue China Group, Ltd. ("BCG"), Michael Walczak ("Walczak"), Jeremiah Buehre ("Buehre") and Doru Guichici ("Guichici") have agreed to the terms and conditions set forth in this Consent Permanent Injunction and Final Judgment ("Consent Order"), and consent to the jurisdiction of this Court for purposes of enforcement of this Consent Order;

WHEREAS, pursuant to the agreement of counsel, the above terms, items 1 to 7, inclusive, shall hereby constitute the order and final judgment of the Court; and

WHEREAS, good cause having been shown;

1. Final judgment is hereby entered in the above-captioned matter against BCG in the amount of One Million dollars ($1,000,000.00).

2. Defendants Walczak, Buehre and Guichici are hereby dismissed with prejudice.

3. Each party shall bear its own costs, including attorneys' fees.

4. BCG and all persons acting in concert with it, are hereby permanently enjoined and restrained from knowingly:

(a) making any use of or obtaining any access to third-party MySpace user profiles other than in ways allowed and/or authorized by MySpace's Terms of Use and/or Privacy Policy published on the MySpace.com web site;

(b) transmitting any commercial messages, bulletins or other communications to or from MySpace profiles other than through paid advertising from MySpace subject to and in conformance with MySpace's standard terms and conditions for such advertising;

(c) engaging in the sale or promotion of any MySpace-related products or services prohibited by the MySpace Terms of Use, including but not limited to "profile trackers" or any similar software, code, or scripts; or

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

(d) otherwise participating in or facilitating MySpace members' violations of the TOU.

5. This Consent Order shall apply to BCG's activities worldwide, and BCG and any persons or entities controlled directly or indirectly by it, are hereby permanently enjoined and restrained from holding any investment or financial interest in any enterprise that BCG knows is engaging in any of the activities prohibited by this Consent Order.

6. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Consent Order. This shall include, but shall not be limited to, the authority, if appropriate and pursuant to a noticed motion, to award any relief authorized by law, including an award of damages. The prevailing party on any such motion shall be entitled to an award of attorneys' fees.

7. The Parties' stipulation and this Order shall not be interpreted to confer jurisdiction if jurisdiction does not otherwise exist.

Dated: ____________________

____________________________________
Hon. R. Gary Klausner
United States District Court Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300